# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MARYLAND

ARIZONA CASE NO: 23-02724MJ

CM/ECF Case No. 8:22-PO-01293-CBA

| United States of America | ) | Location Code(s)/Violation Number(s) | Violation Date(s) |
|---|---|---|---|
| v. | ) | MY95        E1655183 | 03/25/2022 |
| **BLEVINS, BRENNEN S** | ) | | |
| **2002 WEDGEWOOD PL APT C** | ) | Offense(s) | Amount Due |
| **WALDORF, MD 20602** | ) | OPERATING VEHICLE WHILE UNDER INFLUENCE OF ALCOHOL OR C | **APPEARANCE REQUIRED** |
| | ) | | |
| *Defendant* | ) | FTA 10/19/2022 Request NCIC | |

# ARREST WARRANT

To:     Any authorized law enforcement officer

There is probable cause to issue this warrant for the arrest of the person identified above.

**YOU ARE COMMANDED** to arrest and bring this defendant before the nearest available United States magistrate judge without unnecessary delay to answer to these charge(s).

If the defendant has paid the amount due, you may return this warrant unexecuted.

Date and time issued:  11/1/22  9:48 am

*Judge's signature*

**HON C. BRUCE ANDERSON**

## Return

| | Date: | Location: |
|---|---|---|
| **Received** | | |

*Executed by the arrest of the defendant.*

| | Date: | Location: |
|---|---|---|
| **Arrested** | | |

Name: _____     Title: _____     District: _____
Date: _____     Signature: _____

The redacted version of the following U.S. District Court violation notice is not available:

| Location Code | Violation Number | Officer | Date of Offense |
|---|---|---|---|
| MY95 | E1655183 | MEAGHER | 03/25/2022 |

**THE CHARGE ON THE VIOLATION NOTICE**

| Offense Charged | Offense Description |
|---|---|
| 36CFR4.23(a)(1) | DRIVING UNDER THE INFLUENCE OF ALCOHOL AND/OR DRUGS |

| Defendant Name |
|---|
| BLEVINS, BRENNEN S |

| Initial Court Appearance |
|---|
| MANDATORY - You must appear in court |

| Court Address | Date/Time |
|---|---|
| US DISTRICT COURT<br>6500 CHERRYWOOD LANE<br>COURTROOM 1A ASSEMBLY ROOM<br>GREENBELT, MD 20770 | 06/01/2022<br>08:30 AM |

The redacted version of the following U.S. District Court violation notice is not available:

| Location Code | Violation Number | Officer | Date of Offense |
|---|---|---|---|
| MY95 | E1655184 | MEAGHER | 03/25/2022 |

| THE CHARGE ON THE VIOLATION NOTICE |||
|---|---|---|
| Offense Charged | Offense Description ||
| 36CFR4.23(a)(2) | OPERATING WITH BAC OF .08 OR HIGHER ||
| Defendant Name |||
| BLEVINS, BRENNEN S |||
| Initial Court Appearance |||
| MANDATORY - You must appear in court |||
| Court Address || Date/Time |
| US DISTRICT COURT<br>6500 CHERRYWOOD LANE<br>COURTROOM 1A ASSEMBLY ROOM<br>GREENBELT, MD 20770 || 06/01/2022<br>08:30 AM |

The redacted version of the following U.S. District Court violation notice is not available:

| Location Code | Violation Number | Officer | Date of Offense |
|---|---|---|---|
| MY95 | E1655185 | MEAGHER | 03/25/2022 |
| **THE CHARGE ON THE VIOLATION NOTICE** | | | |
| Offense Charged | Offense Description | | |
| 36CFR4.22(b)(1) | UNSAFE OPERATION OF A MOTOR VEHICLE | | |
| Defendant Name | | | |
| BLEVINS, BRENNEN S | | | |
| Initial Court Appearance | | | |
| MANDATORY - You must appear in court | | | |
| Court Address | | | Date/Time |
| US DISTRICT COURT<br>6500 CHERRYWOOD LANE<br>COURTROOM 1A ASSEMBLY ROOM<br>GREENBELT, MD 20770 | | | 06/01/2022<br>08:30 AM |

The redacted version of the following U.S. District Court violation notice is not available:

| Location Code | Violation Number | Officer | Date of Offense |
|---|---|---|---|
| MY95 | E1655186 | MEAGHER | 03/25/2022 |
| **THE CHARGE ON THE VIOLATION NOTICE** | | | |
| Offense Charged | Offense Description | | |
| 36CFR4.23(c)(2) | REFUSAL TO SUBMIT TO CHEMICAL TESTING | | |
| Defendant Name | | | |
| BLEVINS, BRENNEN S | | | |
| Initial Court Appearance | | | |
| MANDATORY - You must appear in court | | | |
| Court Address | | | Date/Time |
| US DISTRICT COURT<br>6500 CHERRYWOOD LANE<br>COURTROOM 1A ASSEMBLY ROOM<br>GREENBELT, MD 20770 | | | 06/01/2022<br>08:30 AM |

The redacted version of the following U.S. District Court violation notice is not available:

| Location Code | Violation Number | Officer | | Date of Offense |
|---|---|---|---|---|
| MY95 | E1655187 | MEAGHER | | 03/25/2022 |
| **THE CHARGE ON THE VIOLATION NOTICE** | | | | |
| Offense Charged | Offense Description | | | |
| MTA16-112(c) | FAIL TO DISPLAY DRIVERS LICENSE UPON DEMAND | | | |
| Defendant Name | | | | |
| BLEVINS, BRENNEN S | | | | |
| Initial Court Appearance | | | | |
| MANDATORY - You must appear in court | | | | |
| Court Address | | | | Date/Time |
| US DISTRICT COURT<br>6500 CHERRYWOOD LANE<br>COURTROOM 1A ASSEMBLY ROOM<br>GREENBELT, MD 20770 | | | | 06/01/2022<br>08:30 AM |

The redacted version of the following U.S. District Court violation notice is not available:

| Location Code | Violation Number | Officer | Date of Offense |
|---|---|---|---|
| MY95 | E1655188 | MEAGHER | 03/25/2022 |

**THE CHARGE ON THE VIOLATION NOTICE**

| Offense Charged | Offense Description |
|---|---|
| 36CFR2.31(a)(1) | TRESPASSING |

| Defendant Name |
|---|
| BLEVINS, BRENNEN S |

| Initial Court Appearance |
|---|
| MANDATORY - You must appear in court |

| Court Address | Date/Time |
|---|---|
| US DISTRICT COURT<br>6500 CHERRYWOOD LANE<br>COURTROOM 1A ASSEMBLY ROOM<br>GREENBELT, MD 20770 | 06/01/2022<br>08:30 AM |

The redacted version of the following U.S. District Court violation notice is not available:

| Location Code | Violation Number | Officer | Date of Offense |
|---|---|---|---|
| MY95 | E1655189 | MEAGHER | 03/25/2022 |
| **THE CHARGE ON THE VIOLATION NOTICE** | | | |
| Offense Charged | Offense Description | | |
| MTA16-101(a)(1) | FAIL TO OBTAIN DRIVERS LICENSE | | |
| Defendant Name | | | |
| BLEVINS, BRENNEN S | | | |
| Initial Court Appearance | | | |
| MANDATORY - You must appear in court | | | |
| Court Address | | | Date/Time |
| US DISTRICT COURT<br>6500 CHERRYWOOD LANE<br>COURTROOM 1A ASSEMBLY ROOM<br>GREENBELT, MD 20770 | | | 06/01/2022<br>08:30 AM |